IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| LESCO, INC., a Tennessee corporation, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:11-cv-00001 |
| | ) |
| v. | ) Judge Harry S. Mattice, Jr. |
| | ) |
| IDEALEASE, INC., an Illinois corporation, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5(b), Defendant IDEALEASE, INC. ("Idealease"), moves this Court for the admission of Joseph R. Marconi and Christopher W. Loweth to appear as additional attorneys of record and on behalf of Defendant *pro hac vice*. In support of its motion, Idealease states as follows:

1. The undersigned is a member in good standing of the bar of the State of Tennessee and of the United States District Court for the Eastern District of Tennessee. He maintains an office in Chattanooga, Tennessee.

2. Joseph Marconi is a member in good standing of the bar of the Supreme Court of Illinois. Attached as Exhibit A is a Certificate of Good Standing from that Court, dated January 12, 2011.

3. Joseph Marconi is a member in good standing of the bar of the Northern District of Illinois, where he is admitted as a general member and as a member of the trial bar. Attached as Exhibit B is a Certificate of Good Standing from that Court, dated January 12, 2011.

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been delivered to all counsel for parties in this cause by placing a true and correct copy of the same in the United States mail, postage prepaid, in properly addressed envelope, and by operation of the CM/ECF system of the United States District Court for the Eastern District of Tennessee, to each such attorney as follows:

        JEFFREY L. CLEARY, PLLC
        Jeffrey L. Cleary
        4109 Mountain View Ave., Suite 400
        Chattanooga, TN 37415-2096
        (423) 265-6565

This the 18 day of January, 2011.

                                                            PAUL R. LEITNER

4. Christopher Loweth is a member in good standing of the bar of the Supreme Court of Illinois. Attached as Exhibit C is a Certificate of Good Standing from that Court, dated January 12, 2011.

5. Christopher Loweth is a member in good standing of the bar of the Northern District of Illinois. Attached as Exhibit D is a Certificate of Good Standing from that Court, dated January 12, 2011.

WHEREFORE, Defendant Idealease, Inc. respectfully requests that this Court enter an Order allowing Joseph Marconi and Christopher Loweth to appear before the Court *pro hac vice* as additional attorneys of record for the purpose of the above-styled matter.

Respectfully submitted,

IDEALEASE, INC.

By: /s/ Paul R. Leitner
Paul R. Leitner
Benjamin T. Reese
LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLCC
801 Broad Street, Third Floor
Chattanooga, Tennessee 37402
(423) 265-0214
(423) 266-5490